DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN FRITZ BACKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2530

[September 25, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Daryl J. Isenhower, Judge; L.T. Case No. 2023MM002788 A.

Daniel Eisinger, Public Defender, and Sue-Ellen Kenny, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus Russell Kelly, II, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, JJ., and SHEPHERD, CAROLINE, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***